# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

FILED BY _____ DC
05 APR 25 PM 2:31
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN - JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 00-20079 |
| ROBERT WARD, | ) |
| Defendant. | ) |

### ORDER OF TRANSFER

Because defendant Robert Ward now resides in the Eastern Division, this action is hereby transferred from the Western Division to the Eastern Division.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

25 April 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 04-26-05

395

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 395 in case 2:00-CR-20079 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT