# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY _____ DC
05 APR 25 PM 2:31

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN JACKSON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **ROBERT WARD**　　　　　　　　　　Case Number: **2:00CR20079-005-G**

Name of Sentencing Judicial Officer: **HONORABLE JULIA S. GIBBONS**

Date of Original Sentence: **04/06/2001**

Original Offense: **CONSPIRACY TO MANUFACTURE A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE, 21 U.S.C. § 846; CONSPIRACY TO MANUFACTURE A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE, 21 U.S.C. § 846**

Original Sentence: **46 MONTHS IN CUSTODY FOLLOWED BY 4 YEARS ON SUPERVISED RELEASE**

Type of Supervision: **SUPERVISED RELEASE**　　Date Supervision Commenced: **12/05/2003**

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

### ADDITION OF SPECIAL CONDITIONS:

**The defendant shall participate in a mental health treatment program as directed by the U.S. Probation Office.**

(397)

## CAUSE

This offender is presently undergoing outpatient substance abuse treatment, and has expressed a desire to concurrently participate in mental health treatment due to depression and other adjustment issues. He appears to be in an emotionally volatile state much of the time, and he is beginning to resort to using a controlled substance without a valid prescription. The probation officer is concerned that a relapse could hinder this individual's successful community reintegration. Therefore, our office is requesting the special condition of supervised release as stated on this petition, and Mr. Ward has indicated his willingness to have this condition added by his execution of the attached waiver form (PROB 49).

Respectfully submitted,

by *[signature]*

U.S. Probation Officer
Date:       April 20, 2005

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

*James D. Todd*
Signature of Judicial Officer

*22 April 2005*
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 397 in case 2:00-CR-20079 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT